

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00047-CR

## EX PARTE RICHARD ALLEN MONTEY ELLIS

**From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 20160008HC8**

## ORDER

The State's motion for extension of time to file brief filed on May 23, 2017 is granted. The brief is due by Monday, June 5, 2017.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 31, 2017

